## Albert Makiel, Minor, Appellant, v. Sears, Roebuck and Company, Appellee.

### Gen. No. 43,641.

opinion filed February 26, 1947; released for publication March 20, 1947. John O. Wagner and Edward C. Steinhauer, for appellant; Lederer, Livingston, Kahn & Adsit, for appellee; Harry H. Kahn, Leo H. Arnstein and Richard C. Bleloch, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.